Opinion issued August 7, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01164-CV

____________


JOE RHONE, Appellant


V.


WOODLAND CHRISTIAN TOWERS, Appellee






On Appeal from the County Civil Court of Law No. 2

Harris County, Texas

Trial Court Cause No. 775647






MEMORANDUM OPINION

 Appellant timely filed a notice of appeal pro se on October 30, 2002 and his
brief was due on May 25, 2003. Appellee filed a motion to dismiss on February 6,
2003; this motion was denied on February 27, 2003. On February 27, 2003 we further
granted appellant an extension to file the reporter's record and entitlement to proceed
without advance payment of costs. Appellant failed to file his brief by May 25,
2003. On June 16, 2003, we ordered that unless, within 30 days of the date of the
order, appellant filed his brief and a reasonable explanation for failure to timely file
his brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has not responded.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Higley, and Wilson. (1) 

1. The Honorable Davie Wilson, retired Justice, Court of Appeals for the First
District of Texas at Houston, participating by assignment.